# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO RENTERIA,<br><br>Defendants. | Case No. 21-cr-01594-CAB<br><br>ORDER ON MOTION TO CONTINUE SELF-SURRENDER DATE and RESETTING BOND EXONERATION HEARING |

Based upon the foregoing Motion by the defendant, with good cause shown and no opposition from government counsel,

IT IS HEREBY ORDERED the motion to continue the self-surrender date is Granted.  The self-surrender date of ERNESTO RENTERIA shall be continued from Monday, January 31, 2022, to Monday, February 28, 2022, by 12:00 PM to the designated institution.

IT IS FURTHER ORDERED the Bond Exoneration Hearing set for February 4, 2022, at 9:00 AM shall be continued to March 4, 2022, at 9:00 AM.

IT IS FURTHER ORDERED the defendant shall file an acknowledgment confirming the new self-surrender date no later than January 26, 2022.

**IT IS SO ORDERED.**

Dated:   1/20/2022

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge